A/R, STANDARD, SUSPENSE

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:05-cv-00142-GP**
**Internal Use Only**

CA 05 183 ML

DELIZ et al v. WENDY'S et al
Assigned to: HONORABLE GENE E.K. PRATTER
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 01/12/2005
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**RUTH DELIZ** represented by **JEFFREY R. LESSIN**
JEFFREY R. LESSIN & ASSOCIATES, P.C.
TWO PENN CENTER SUITE 600
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
215-599-1400
Email: j.lessin@lessinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DAVID MORALES**
*H/W*
represented by **JEFFREY R. LESSIN**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WENDY'S** represented by **JAMES H. ROHLFING**
FRANCIS R. GARTNER & ASSOCIATES
1500 MARKET ST., STE 2920
29TH FL WEST TOWER
PHILADELPHIA, PA 19102
267-675-3019
Email: jrohlfin@travelers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4/26/05
ATTEST: DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

**Defendant**

SCANNED

**PARADIGM GROUP**
*doing business as*
WENDY'S

represented by **JAMES H. ROHLFING**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PARADIGM GROUP, INCORPORATED**
*doing business as*
WENDY'S

represented by **JAMES H. ROHLFING**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WENDY'S INTERNATIONAL, INC.**

represented by **JAMES H. ROHLFING**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WENDY'S OLD FASHIONED HAMBURGERS**
*also known as*
WENDY'S OLD FASHIONED HAMBURGERS, INC.

represented by **JAMES H. ROHLFING**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2005 | 1 | COMPLAINT against WENDY'S OLD FASHIONED HAMBURGERS, WENDY'S, PARADIGM GROUP, PARADIGM GROUP, INCORPORATED, WENDY'S INTERNATIONAL, INC. ( Filing fee $ 150 receipt number 912584.), filed by RUTH DELIZ, DAVID MORALES.(ti, ) (Entered: 01/13/2005) |
| 01/12/2005 | | Five Original Summons Issued as to WENDY'S OLD FASHIONED HAMBURGERS, WENDY'S, PARADIGM GROUP, PARADIGM GROUP, INCORPORATED, WENDY'S INTERNATIONAL, INC. Given To: Counsel on 1/12/05 (ti, ) (Entered: 01/13/2005) |
| 01/12/2005 | | ***Set/Clear Flags Set Flag Allentown/Reading; Standard Case Management Track (ti, ) (Entered: 01/13/2005) |
| 01/21/2005 | 2 | Affidavit of Service/SUMMONS Returned Executed by RUTH DELIZ, DAVID MORALES re: Jeffrey R. Lessin, Esq. served Summons and Complaint upon PARADIGM GROUP by Certified Mail, return receipt requested. PARADIGM GROUP served on 1/18/2005, answer due 2/7/2005; copy of signed, dated, return receipt card attached. (cdd, ) (Entered: 01/24/2005) |

| | | |
|---|---|---|
| 01/21/2005 | 3 | Affidavit of Service/Summons Returned Unexecuted by RUTH DELIZ, DAVID MORALES as to PARADIGM GROUP, INCORPORATED; copy of return receipt card - no date given. (cdd, ) (Entered: 01/24/2005) |
| 01/21/2005 | 4 | Affidavit of Service/SUMMONS Returned Executed by RUTH DELIZ, DAVID MORALES re: Jeffrey R. Lessin, Esq. served Summons and Complaint upon WENDY'S OLD FASHIONED HAMBURGERS by Certified mail, return receipt requested. WENDY'S OLD FASHIONED HAMBURGERS served on 1/15/2005, answer due 2/4/2005; copy of signed, dated, return receipt card attached. (cdd, ) (Entered: 01/24/2005) |
| 01/21/2005 | 5 | Affidavit of Service/SUMMONS Returned Executed by RUTH DELIZ, DAVID MORALES re: Jffrey R. Lessin, Esq. served Summons and Complaint upon WENDY'S INTERNATIONAL, INC. by Certified mail, return receipt requested. WENDY'S INTERNATIONAL, INC. served on 1/15/2005, answer due 2/4/2005; copy of signed, dated, return receipt card attached. (cdd, ) (Entered: 01/24/2005) |
| 01/28/2005 | 6 | Entry of Appearance by JAMES H. ROHLFING on behalf of WENDY'S OLD FASHIONED HAMBURGERS, WENDY'S, PARADIGM GROUP, PARADIGM GROUP, INCORPORATED, WENDY'S INTERNATIONAL, INC. with Jury Demand (wgc, ) (Entered: 01/28/2005) |
| 01/28/2005 | 7 | MOTION TO DISMISS AND/OR TRANSFER FOR LACK OF PERSONAL JURISDICTION FILED BY WENDY'S OLD FASHIONED HAMBURGERS, WENDY'S, PARADIGM GROUP, PARADIGM GROUP, INCORPORATED, WENDY'S INTERNATIONAL, INC..MEMORANDUM.(wgc, ) (Entered: 01/28/2005) |
| 02/11/2005 | 8 | RESPONSE to Motion re 7 MOTION to Dismiss for Lack of Jurisdiction MOTION to Transfer *by defendant Paradigm* filed by RUTH DELIZ, Memorandum. (LESSIN, JEFFREY) Modified on 2/14/2005 (np). (Entered: 02/11/2005) |
| 02/18/2005 | 9 | Supplemental Memorandum to motion to Dismiss for Lack of Jurisdiction and transfer for lack of personal jurisdiction, filed by PARADIGM GROUP, and CCF, LLC. (gn, ) (Entered: 02/22/2005) |
| 02/23/2005 | 10 | ORDER THAT THIS CASE IS TO BE TRANSFERRED TO THE U.S.D.C. FOR THE DISTRICT OF RHODE ISLAND ON 4/25/05; THIS MATTER IS PLACED IN CIVIL SUSPENSE UNTIL 4/25/05.. SIGNED BY JUDGE GENE E.K. PRATTER ON 2/5/05. 2/24/05 ENTERED AND COPIES E-MAILED.(afm, ) (Entered: 02/24/2005) |
| 02/23/2005 | | ***Case Placed in Suspense (kv, ) (Entered: 02/25/2005) |

6P

10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUTH DELIZ, *et al*, Plaintiffs | : | CIVIL ACTION |
| v. | : | |
| WENDY'S, *et al*, Defendants | : | NO. 05-142 |

FILED
FEB 23 2005
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**ORDER**

Gene E.K. Pratter, J. February 22, 2005

AND NOW, this 5th day of February, 2005, upon consideration of the Defendants' Motion to Dismiss and/or Transfer for Lack of Personal Jurisdiction (Docket No. 7), the Plaintiffs' Response to Motion (Docket No. 8) in which the Plaintiffs request this matter be transferred to the District of Rhode Island after the expiration of sixty (60) days, and the Defendants' Supplemental Memorandum (Docket No. 9) in which the Defendants agree that a transfer to the District of Rhode Island after the requested expiration period would be the most equitable resolution, it is hereby ORDERED that this case is to be TRANSFERRED to the United States District Court for the District of Rhode Island on April 25, 2005 to allow the parties to retain Rhode Island counsel.

It is further ORDERED that this matter is to be placed in suspended status until April 25, 2005.

2/24/05 email Rohlfing Lessin

BY THE COURT:

GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE

docket to stats

2:05-cv-00142-GP

JAMES H. ROHLFING
FRANCIS R. GARTNER & ASSOCIATES
1500 MARKET ST., STE 2920
29TH FL WEST TOWER
PHILADELPHIA PA 19102

jrohlfin@travelers.com

2:05-cv-00142-GP

JEFFREY R. LESSIN
JEFFREY R. LESSIN & ASSOCIATES, P.C.
TWO PENN CENTER SUITE 600
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA PA 19102

j.lessin@lessinlaw.com

## Other Orders/Judgments

2:05-cv-00142-GP DELIZ et al v. WENDY'S et al

**United States District Court**

**Eastern District of Pennsylvania**

Notice of Electronic Filing

The following transaction was received from afm, entered on 2/24/2005 at 10:14 AM EST and filed on 2/23/2005

**Case Name:** DELIZ et al v. WENDY'S et al
**Case Number:** 2:05-cv-142
**Filer:**
**Document Number:** 10

**Docket Text:**
ORDER THAT THIS CASE IS TO BE TRANSFERRED TO THE U.S.D.C. FOR THE DISTRICT OF RHODE ISLAND ON 4/25/05; THIS MATTER IS PLACED IN CIVIL SUSPENSE UNTIL 4/25/05.. SIGNED BY JUDGE GENE E.K. PRATTER ON 2/5/05. 2/24/05 ENTERED AND COPIES E-MAILED.(afm, )

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=2/24/2005] [FileNumber=1290360-0
] [ae5f2a9100646b22f45b6b3fb4f6dd0df2c5e07e2b275cc04f90d9a61d2fbcd4778
ad5c3ddd7803ca602066f3849bde10340db2d7fcfce05a6fd545e83f36e57]]

**2:05-cv-142 Notice will be electronically mailed to:**

JEFFREY R. LESSIN j.lessin@lessinlaw.com, k.hawkins@lessinlaw.com;m.richter@lessinlaw.com

JAMES H. ROHLFING jrohlfin@travelers.com,

**2:05-cv-142 Notice will be delivered by other means to:**

LAW OFFICES
FRANCIS R. GARTNER & ASSOCIATES
BY: WILLIAM J. DEVLIN, JR. & ASSOCIATES
IDENTIFICATION NO. 59094
1500 MARKET STREET, SUITE 2920
29TH FLOOR - WEST TOWER
PHILADELPHIA, PA 19102
(267) 675-3019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUTH DELIZ AND DAVID MORALES, H/W | : CIVIL ACTION NO. |
| v. | : |
| WENDY'S and PARADIGM GROUP, D/B/A WENDY'S and PARADIGM GROUP, INCORPORATED D/B/A WENDY'S and WENDY'S INTERNATIONAL, INC. and WENDY'S OLD FASHIONED HAMBURGER'S, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC. | : 05-CV-142 |

FILED
FEB 18 2005
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

**SUPPLEMENTAL MEMORANDUM TO CCF, LLC AND PARADIGM GROUP, LLC'S MOTION TO DISMISS AND/OR TRANSFER FOR LACK OF PERSONAL JURISDICTION**

The Moving Defendants hereby agree that the most equitable resolution of this matter would be to transfer the matter to the District of Rhode Island after the expiration of sixty (60) days to allow the Plaintiffs to retain Rhode Island counsel and/or have current counsel move the Court for pro hac vice admission to practice before the United States

District for the District of Rhode Island. Therefore, the Defendants CCF, LLC and Paradigm Group, LLC have no objection to the Plaintiffs' proposed Order.

WILLIAM J. DEVLIN, JR. & ASSOCIATES

BY: 2928

JAMES H. ROHLFING, ESQUIRE

8

JEFFREY R. LESSIN & ASSOCIATES, P.C.
BY: JEFFREY R. LESSIN, ESQUIRE
I.D. #: 43801
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
TWO PENN CENTER, SUITE 600
1500 J.F.K. BOULEVARD
PHILADELPHIA, PA 19102
(215) 599-1400
ATTORNEYS FOR PLAINTIFFS

FILED
FEB 11 2005
MICHAEL E. KUNZ, Clerk
By________ Dep. Clerk

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RUTH DELIZ and DAVID MORALES, H/W | : | CIVIL ACTION |
| vs. | : | |
| WENDY'S, ET AL. | : | NO. 05CV142 |

**PLAINTIFFS' ANSWER TO THE MOTION TO DISMISS AND/OR TRANSFER FOR LACK OF PERSONAL JURISDICTION**

Plaintiffs, by and through their undersigned counsel, Jeffrey R. Lessin & Associates, P.C., hereby respond to the Motion to Dismiss and/or Transfer For Lack of Personal Jurisdiction filed by defendants CCF, LLC and Paradigm Group, LLC as follows:

1. Denied.

2. Denied. Movants' motion should be dismissed.

3. Admitted that said Complaint speaks for itself.

4. Admitted that service was effectuated on January 13, 2005.

5. Denied. Movants' protestations to the contrary, movants have been validly served. The belief of movants that service of process must take place "within the territorial confines of Pennsylvania" have no basis under law. As movants should be aware, service on business corporations or associations is not governed by any "territorial confines" rule, but is governed by F.R.C.P. 4(h), which states, in relevant part, that:

ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Eastern District of Pennsylvania.

Date Filed: 2-11-05
Michael E. Kunz, Clerk
________ Deputy Clerk

> Unless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name, and from which a waiver of service has not been obtained and filed, shall be effected:
>
> (1) **in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1)**, or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant...

F.R.C.P. 4(h)(emphasis provided).

Accordingly, the referenced Rule 4(e)(1) provides that service may be effected, inter alia:

> **pursuant to the law of the state in which the district court is located**, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State...

F.R.C.P. 4(e)(1)(emphasis provided).

Therefore, if service is valid under Pennsylvania law, since Pennsylvania is "the state in which the district court is located" then service is valid here. In relevant part the applicable Pennsylvania service rule states that service of process outside the Commonwealth of Pennsylvania may be served by mail with return receipt requested. See Pa. R. C. P 404, 403. That is precisely what was done in this case; movants' complaints as to service are therefore non-meritorious.

6. Admitted that plaintiffs' Complaint speaks for itself.

7. Denied as stated. It is admitted that movants have so stated and averred. Whether or not movants' claims in this regard are true and correct remains to be proven.

8. Denied as stated. It is admitted that movants have so stated and averred.

Whether or not movants' claims in this regard are true and correct remains to be proven.

9. Denied as stated. It is admitted that movants have so stated and averred. Whether or not movants' claims in this regard are true and correct remains to be proven.

10. Denied as stated. It is admitted that movants have so stated and averred. Whether or not movants' claims in this regard are true and correct remains to be proven.

11. Denied as stated. It is admitted that movants have so stated and averred. Whether or not movants' claims in this regard are true and correct remains to be proven.

12. Denied as stated. It is admitted that movants have so stated and averred. Whether or not movants' claims in this regard are true and correct remains to be proven.

**WHEREFORE,** Plaintiffs respectfully request that the present motion to dismiss be denied.

## PLAINTIFFS' COUNTERSTATEMENT

13. The cause of action in this matter arose in Rhode Island.

14. While plaintiffs do not agree with movants' factual contentions as to movants' contacts with Pennsylvania, rather than contend over this, plaintiffs' counsel have communicated to movants' counsel plaintiffs' willingness to transfer this matter to the United States District Court for the District of Rhode Island.

15. A dismissal of this case would be a waste of time and resources. Since the statute of limitations in this matter does not run until January 13, 2006 under Rhode Island law, a dismissal would simply result in a refiling within the statute of limitations.

16. **Movants' counsel has verbally agreed that transfer of this matter to the United States District Court for the District of Rhode Island is appropriate**.

17. Neither plaintiffs, nor plaintiffs' counsel, have or know local counsel in

Rhode Island.

18. Plaintiffs' counsel cannot be admitted *pro hac vice* to practice before the United States District Court for the District of Rhode Island without local counsel. The Local Rules in the United States District Court for the District of Rhode Island regarding admission *pro hac vice* state that:

> Attorneys who are not members of the local federal bar but are in good standing in the bar of another state and the bar of another federal court, upon motion of a party, may, in the court's discretion, be admitted *pro hac vice* in a given case. The motion must be presented in a form required by the court and must include identification of a "local associate counsel. " Local counsel, unless excused by the judge assigned to the case: 1. must sign and be responsible for all served [illegible] motions, and other papers filed or [illegible] local counsel must bear the responsibility and have the authority for acting on behalf of the [illegible] *pro hac vice* counsel, if the trial court decides to proceed, local associate counsel" could become lead trial counsel.

U.S.D.C.for the District of Rhode Island Local Rule 5(c):

19. There is no prejudice to any party in transferring this case to Rhode Island.

20. There is no prejudice to any party in allowing plaintiffs time to obtain local counsel in Rhode Island.

21. Plaintiffs therefore request that this Honorable Court order the motion to dismiss this case to be denied, and to order this matter to be transferred to the United States District Court for the District of Rhode Island, but to hold transference in abeyance for sixty(60) days pending plaintiffs' search for Rhode Island counsel.

**WHEREFORE,** Plaintiffs respectfully request that the present motion to dismiss

be denied.

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

**BY:__________________________________**
**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**Attorneys for Plaintiffs**

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**
**BY: JEFFREY R. LESSIN, ESQUIRE**

I.D. #: 43801
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
TWO PENN CENTER, SUITE 600
1500 J.F.K. BOULEVARD
PHILADELPHIA, PA 19102
(215) 599-1400 ATTORNEYS FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUTH DELIZ and DAVID MORALES, H/W** | : | **CIVIL ACTION** |
| | : | |
| **vs.** | : | |
| | : | |
| **WENDY'S, ET AL.** | : | **NO. 05CV142** |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION TO DISMISS AND/OR TRANSFER FOR LACK OF PERSONAL JURISDICTION**

Plaintiffs, by and through their undersigned counsel, Jeffrey R. Lessin & Associates, P.C., hereby submits the within memorandum of law in opposition to the Motion to Dismiss and/or Transfer For Lack of Personal Jurisdiction filed by defendants CCF, LLC and Paradigm Group, LLC, and avers as follows:

## I. Introduction

This is a personal injury action arising from Ruth Deliz' fall in a Wendy's fast food restaurant in Coventry, Rhode Island on January 13, 2003.[1] The business at that location was a Wendy's fast food restaurant. The companies running the facility were CCF, LLC and Paradigm Group, LLC (which movants' attorney identified as the proper designations for the defendants sued by plaintiffs as Wendy's, Paradigm Group and Paradigm Group

[1]Rhode Island General Law 1956 § 9-1-14(b) provides that: "Actions for injuries to the person shall be commenced and sued within three (3) years next after the cause of action shall accrue, and not after." Thus the limitations period in this matter does not expire until January 13, 2006.

LLC d/b/a Wendy's). The international corporate (non-moving) defendants are Wendy's International, Inc. and Wendy's Old Fashioned Hamburgers, a/k/a Wendy's Old Fashioned Hamburgers, Inc.

Movants have filed the within motion, which is entitled "Motion to Dismiss and/or Transfer for Lack of Personal Jurisdiction," but which includes only a request for dismissal and not an alternative request for transfer, as indicated in its title. The basis of movants' motion is (1) service was not accomplished on movants and (2) there is no personal jurisdiction here over movants. As we show, and further for the reason that plaintiffs have agreed to the transfer of this matter to the United States District Court for the District of Rhode Island, movants motion should be dismissed.

## II. Argument

### A. Movants Were Properly Served

Movants' protestations to the contrary, movants have been validly served. Paragraph 4 of movants' motion admits that movants were served via mail in Rhode Island, but nonetheless contest that service because it did not take place "within the territorial confinesof Pennsylvania." Movants' argument that service of process must take place "within the territorial confines of Pennsylvania" has no basis under law.[2]

As movants are aware, service on business corporations or associations is not governed by any "territorial confines" rule, but is governed by F.R.C.P. 4(h), which states,

---

[2]Whether a defendant has been served in the forum district may have relevance in an argument over personal jurisdiction, but the only issue as far as service of original process is concerned is whether the manner of service is in comport with the applicable rules. As we show, service in this case was in comport with the applicable rules, both state and federal.

in relevant part, that:

> Unless otherwise provided by federal law, service upon a domestic or foreign corporation or upon a partnership or other unincorporated association that is subject to suit under a common name, and from which a waiver of service has not been obtained and filed, shall be effected:
>
> (1) **in a judicial district of the United States in the manner prescribed for individuals by subdivision (e)(1)**, or by delivering a copy of the summons and of the complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant...

F.R.C.P. 4(h)(emphasis provided).

Accordingly, the referenced Rule 4(e)(1) provides that service may be effected, inter alia:

> **pursuant to the law of the state in which the district court is located**, or in which service is effected, for the service of a summons upon the defendant in an action brought in the courts of general jurisdiction of the State...

F.R.C.P. 4(e)(1)(emphasis provided).

Therefore, if service is valid under Pennsylvania law, since Pennsylvania is "the state in which the district court is located" then service is valid here. In relevant part the applicable Pennsylvania service rule states that service of process outside the Commonwealth of Pennsylvania may be served by mail with return receipt requested. See Pa. R. C. P 404, 403. That is precisely what was done in this case; movants' complaints as to service are therefore non-meritorious.

**B. Movants Are Not Entitled to Dismissal Based on Their Averments**

**of Lack of Personal Jurisdiction**

Movants contend that they have no property, agents, representatives, business or other presence in Pennsylvania, thereby entitling them to a dismissal of this action against them. While plaintiffs do not agree with movants' factual contentions as to movants' contacts with Pennsylvania, rather than contend over this, plaintiffs' counsel have communicated to movants' counsel plaintiffs' willingness to transfer this matter to the United States District Court for the District of Rhode Island pursuant to F.R.C.P. 1404.

A dismissal of this case would be a waste of time and resources. Initially, since a great deal of discovery would have to be done to determine whether or not movants' contentions as to their contacts with Pennsylvania are true and correct. In light of plaintiffs' willingness to have the matter transferred to the United States District Court for the District of Rhode Island, this prospective discovery seems an enormous waste of judicial resources and the resources of the parties.

Further, since the statute of limitations in this matter does not run until January 13, 2006 under Rhode Island law (see Rhode Island General Law 1956 § 9-1-14), a dismissal would simply result in a refiling within the statute of limitations. There is no prejudice to any party in transferring this case to Rhode Island. Further, **movants' counsel has verbally agreed** that transfer of this matter to the United States District Court for the District of Rhode Island is appropriate.

**C. Plaintiffs Request Sixty Days Before Transfer to Obtain Local Counsel**

Neither plaintiffs, nor plaintiffs' counsel, have or know local counsel in Rhode Island. Plaintiffs' counsel cannot be admitted *pro hac vice* to practice before the United States

District Court for the District of Rhode Island without local counsel. The Local Rule in the U.S.D.C. for the District of Rhode Island regarding admission Pro Hac Vice states that:

> Attorneys who are not members of the local federal bar but are in good standing in the bar of another state and the bar of another federal court, upon motion of a party, may, in the court's discretion, be admitted *pro hac vice* in a given case. The motion must be presented in a form required by the court and must include identification of a "local associate counsel." Local counsel, unless excused by the judge assigned to the case: 1. must sign and be responsible for all pleadings, served motions, and other papers filed or in the case;
>
> [illegible] local counsel must bear the responsibility and have the authority for acting on behalf of the client. These obligations apply to all proceedings, and, in the absence of *pro hac vice* counsel, if the trial court decides to proceed, local associate counsel could become lead trial counsel.

U.S.D.C. for the District of Rhode Island Local Rule 5(c).

**III. Conclusion**

There is no prejudice in allowing plaintiffs time to obtain local Rhode Island counsel. Plaintiffs therefore request this Honorable Court to deny this motion, and to order this matter transferred to the U. S. District Court for the District of Rhode Island, but to hold transference in abeyance for sixty days pending plaintiffs' search for Rhode Island counsel.

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

**BY:________________________________**
**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**Attorneys for Plaintiffs**

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**
**BY: JEFFREY R. LESSIN, ESQUIRE**
**I.D. #: 43801**
**BY: MARK T. RICHTER, ESQUIRE**
**I.D. #: 45195**
**TWO PENN CENTER, SUITE 600**
**1500 J.F.K. BOULEVARD**
**PHILADELPHIA, PA 19102**
**(215) 599-1400** **ATTORNEYS FOR PLAINTIFFS**

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUTH DELIZ and DAVID MORALES, H/W** | : | **CIVIL ACTION** |
| **vs.** | : | |
| **WENDY'S, ET AL.** | : | **NO. 05CV142** |

**ORDER**

**AND NOW,** this day of , 2005, upon consideration of the motion to dismiss filed by defendants Wendy's, Paradigm Group and Paradigm Group LLC d/b/a Wendy's, and plaintiffs' response thereto, it is HEREBY ORDERED that said motion is DENIED and DISMISSED. It is instead HEREBY ORDERED that this case is to be transferred to the United States District Court for the District of Rhode Island after the expiration of sixty (60) days to allow plaintiffs to retain Rhode Island counsel and/or have current counsel move the court for Pro Hac Vice admission to practice before the United States District Court for the District of Rhode Island.

**BY THE COURT:**

______________________________ **J.**

GP

LAW OFFICES
FRANCIS R. GARTNER & ASSOCIATES
BY: WILLIAM J. DEVLIN, JR. & ASSOCIATES
IDENTIFICATION NO. 59094
1500 MARKET STREET, SUITE 2920
29TH FLOOR - WEST TOWER
PHILADELPHIA, PA 19102
(267) 675-3019

FILED
JAN 28 2005
MICHAEL E. KUNZ, Clerk
By______ Dep. Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

7

| | | |
|---|---|---|
| RUTH DELIZ AND DAVID MORALES, H/W | : | CIVIL ACTION NO. |
| v. | : | |
| WENDY'S and PARADIGM GROUP, D/B/A WENDY'S and PARADIGM GROUP, INCORPORATED D/B/A WENDY'S and WENDY'S INTERNATIONAL, INC. and WENDY'S OLD FASHIONED HAMBURGER'S, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC. | : | 05-CV-142 |

COURT COPY

## MOTION TO DISMISS AND/OR TRANSFER FOR LACK OF PERSONAL JURISDICTION

### RELIEF SOUGHT

The Defendants CCF, LLC (incorrectly designated as "Wendy's") and Paradigm Group, LLC (incorrectly designated as Paradigm Group d/b/a Wendy's and Paradigm Group, Incorporated) move pursuant to Rule 12(b)(2) to dismiss the Plaintiff's claims

against "Wendy's", Paradigm Group d/b/a Wendy's and Paradigm Group Incorporated (hereinafter referred to as Movants).

**I. <u>INTRODUCTION: GROUNDS FOR MOTION</u>**

1. This Court lacks personal jurisdiction over the Defendants CCF, LLC (incorrectly designated as Wendy's) and Paradigm Group, LLC (incorrectly designated as Paradigm Group d/b/a Wendy's and Paradigm Group Incorporated) hereinafter referred to as Movants due to the fact that Movants have no contacts with the State of Pennsylvania.

**II. <u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

2. Movants move this Court for an Order dismissing the actions against them in their entirety pursuant to the provisions of Rule 12(b)(2).

3. The Plaintiffs commenced this action by filing a Complaint in this Court on January 12, 2005 (see attached marked as Exhibit "A").

4. Plaintiffs' Complaint was served on Movants on January 13, 2005 at Coventry, Rhode Island.

5. Service of process on Movants was not validly effected within the territorial confines of Pennsylvania.

6. Paragraphs 1 and 6 of the Plaintiffs' Complaint alleges that the Plaintiff slipped and fell at a restaurant located at 2311 New London Turnpike in Coventry, Rhode Island.

7. The Movants do not own, lease, possess, or maintain and have never owned, leased, possessed, or maintained any real or personal property, office, residence or place of business in Pennsylvania at any time relevant and material to Plaintiffs' action (please see attached Affidavit marked Exhibit "B").

8. Movants do not have and have not had any authorized agent or representative in Pennsylvania at any time relevant and material to Plaintiffs' action.

9. Movants have not conducted, performed or done a series of acts in Pennsylvania at any time relevant and material to Plaintiff's Complaint.

10. Movants are not and have not been required to pay and do not pay and have not paid taxes of any kind to Pennsylvania or its political subdivisions at any time relevant and material to Plaintiffs' action.

11. At no time have Movants had employees or offices in Pennsylvania.

12. Movants have no significant contacts with Pennsylvania.

WHEREFORE, it is requested that this Court dismiss Movants from this matter and enter the Order attached.

WILLIAM J. DEVLIN, JR. & ASSOCIATES

BY: JHR2928
JAMES H. ROHLFING, ESQUIRE

LAW OFFICES
FRANCIS R. GARTNER & ASSOCIATES
BY: WILLIAM J. DEVLIN, JR. & ASSOCIATES
IDENTIFICATION NO. 59094
1500 MARKET STREET, SUITE 2920
29TH FLOOR - WEST TOWER
PHILADELPHIA, PA 19102
(267) 675-3019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RUTH DELIZ AND DAVID MORALES, H/W | : | CIVIL ACTION NO. |
| v. | : | FILED JAN 28 2005 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk |
| WENDY'S and PARADIGM GROUP, D/B/A WENDY'S | : | |
| and PARADIGM GROUP, INCORPORATED D/B/A WENDY'S | : | |
| and WENDY'S INTERNATIONAL, INC. | : | |
| and WENDY'S OLD FASHIONED HAMBURGER'S, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC. | : | 05-CV-142 |

**MEMORANDUM OF LAW IN SUPPORT OF MOVANTS 12(b)(2) MOTIONS**

## I. MEMORANDUM IN SUPPORT OF MOVANTS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

The Federal Rule of Civil Procedure 12(b)(2) states that a Motion to Dismiss may be filed for lack of jurisdiction over the person. Under Federal Rule of Civil Procedure 4(e), a district court may assert personal jurisdiction "over non resident defendants to the extent permissible under the law of the state where the district court sits." Pennzoil Production Company v. Colelli & Associates, Inc., 149 F.3rd 197, 200 (3d Cir. 1998).

Pennsylvania's Long Arm Statute, 42 Pa. Cons. Stat. Ann. Section 5322(b), authorizes Pennsylvania Courts "to exercise personal jurisdiction over non resident defendants to the constitutional limits of a due process clause of the 14th amendment" Mellon Bank PSFS, National Association v. Farino, 960 F.2d 1217, 1221 (3d Cir. 1992).

Due process requires that the Defendant have "minimum contacts" in the forum state, and that the exercise of jurisdiction comport with "traditional notions of fair play and substantial justice." International Shoe Co. v. Washington, 326 U.S. 310, 316 (1945). The Supreme Court has stated that "minimal contacts must have a basis in some act by which the Defendant purposefully avails itself of the privilege of conducting activities within the forum state, thus evoking the benefits and protection of its laws." Asahi Metal Indus. Co., Ltd. v. Superior Court of California, 480 U.S. 102, 109 (1987).

In the present case, Movants have no connection with Pennsylvania. They do not own real estate in Pennsylvania, do not pay taxes in Pennsylvania, have no authorized agent for service in Pennsylvania, and have done no business in Pennsylvania. They are currently incorporated in Rhode Island. Their only principle places of business are in Rhode Island. The incident in question happened in Rhode Island. Therefore, it is respectfully requested that this Court relinquish jurisdiction over the Movants and enter the Order attached.

WILLIAM J. DEVLIN, JR. & ASSOCIATES

BY: JHR2928
JAMES H. ROHLFING, ESQUIRE

# EXHIBIT "A"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RUTH DELIZ AND DAVID MORALES, H/W<br><br>v.<br><br>WENDY'S<br>and<br>PARADIGM GROUP. D/B/A WENDY'S<br>and<br>PARADIGM GROUP, INCORPORATED D/B/A WENDY'S<br>and<br>WENDY'S INTERNATIONAL, INC.<br>and<br>WENDY'S OLD FASHIONED HAMBURGER'S, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC. | CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br><br><br><br>05-CV-142 |

**AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISIDICTION**

I, Harvey Bennett, being sworn according to law hereby state:

1. I am the president of CCF, LLC d/b/a Wendy's.

2. CCF, LLC does business as Wendy's and operates a Wendy's Food Store at 2311 New London Turnpike, Coventry, Rhode Island.

3. I am president of Paradigm Group, LLC d/b/a Wendy's.

4. At all relevant times, CCF, LLC d/b/a Wendy's is and has been a Rhode Island Corporation.

5. At all times relevant, Paradigm Group, LLC is and has been a Rhode Island Corporation.

6. Paradigm Group d/b/a Wendy's is the name commonly used by Paradigm Group LLC.

7. At all time relevant hereto, CCF, LLC's principal and only place of business was 2231 New London Turnpike, Coventry, Rhode Island 02816.

8. At all times relevant hereto, Paradigm Group, LLC's principal and only place of business was 887 Greenwich Avenue, Warwick, RI 02886.

9. CCF, LLC and Paradigm Group, LLC have never owned real estate in the State of Pennsylvania.

10. CCF, LLC and Paradigm Group, LLC have never paid taxes in Pennsylvania.

11. CCF, LLC and Paradigm Group, LLC have never conducted business in the State of Pennsylvania.

12. CCF, LLC and Paradigm Group, LLC have no offices or employees in the State of Pennsylvania.

13. CCF, LLC and Paradigm Group, LLC have no contacts with the State of Pennsylvania at this time or at any other time.

14. Finally, CCF, LLC and Paradigm Group, LLC only do business in Rhode Island.

I make this statement understanding that it is made subject to penalties of 18 Pa. C.S. Section 4904 (relating to unworn falsification to authorities).

HARVEY BENNETT, PRESIDENT
CCF, LLC and PRESIDENT OF
PARADIGM GROUP, LLC.

# EXHIBIT "B"

GP

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES, H/W<br>100 N. Front Street, Apt. 14C<br>Reading, PA 19601 | : |
| vs. | : CIVIL ACTION NO. 05cv142 |
| WENDY'S<br>2311 New London Turnpike<br>Coventry, RI 02816<br>and<br>PARADIGM GROUP, D/B/A/ WENDY'S<br>2311 New London Turnpike<br>Coventry, RI 02816<br>and<br>PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S<br>2311 New London Turnpike<br>Coventry, RI 02816<br>and<br>WENDY'S INTERNATIONAL, INC.<br>4288 W. Dublin-Granville Road<br>Dublin, OH 43017<br>and<br>WENDY'S OLD FASHIONED HAMBURGERS, A/K/A<br>WENDY'S OLD FASHIONED HAMBURGERS, INC.<br>4288 W. Dublin-Granville Road<br>Dublin, OH 43017 | : |

## CIVIL ACTION - COMPLAINT

1. Plaintiffs are **RUTH DELIZ and DAVID MORALES**, husband and wife, citizens of the United States, who reside at 100 N. Front Street, Apt. 14C, Reading, PA.

2. Defendant is **WENDY'S**, a corporation organized and licensed to do business in the United States, with a restaurant located at 2311 New London Turnpike, Coventry, RI.

3. Defendant is **PARADIGM GROUP, D/B/A WENDY'S**, a corporation, partnership or other business organized and licensed to do business in the United States, with offices

located at 2311 New London Tumpike, Coventry, RI.

4. Defendant is **PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S**, a corporation, partnership or other business organized and licensed to do business in the United States, with offices located at 2311 New London Turnpike, Coventry, RI.

5. Defendant is **WENDY'S INTERNATIONAL, INC.**, a corporation organized and licensed to do business in the United States, with offices located at 4288 W. Dublin-Granville Road, Dublin, OH.

6. Defendant is **WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC.**, a corporation, partnership or other business organized and licensed to do business in the United States, with offices located at 4288 W. Dublin-Granville Road, Dublin, OH.

7. Jurisdiction is based upon the diversity of the citizenship of the parties: plaintiffs are citizens and residents of the Commonwealth of Pennsylvania and defendants are corporations and/or other business entities incorporated under the law of states other that Pennsylvania and having their principal place of business in a state other than Pennsylvania. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. section 1332.

8. At all times material herein, Defendants, through their agents, servants, workmen and/or employees, operated a retail restaurant which serves food to the public.

9. On or about January 13, 2003, Plaintiff **RUTH DELIZ** was a business invitee at Defendant **WENDY'S** and/or **PARADIGM GROUP, D/B/A WENDY'S** and/or **PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S** and/or **WENDY'S INTERNATIONAL, INC.**

and/or **WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC.**, and while she was in the ladies room of the restaurant, she was caused to slip, trip, stumble and fall, due to a defect in a drain and/or grate and/or floor, resulting in serious injury.

6. Defendants, by and through their agents, servants, workmen and/or employees, acting within the course of their employment and within the scope of their authority, knew or should have known of the existence of the defect in the drain and/or grate and/or slippery and dangerous condition of the floor prior to the Plaintiff's fall and Defendants were obliged to correct, remedy, repair and/or eliminate said defect in the drain and/or slippery and dangerous condition of the floor.

7. The carelessness, recklessness and/or negligence of the Defendants, by and through their agents, servants, workmen and/or employees, consisted of the following:

a. Failing to keep and maintain the premises in a safe condition;

b. Failing to exercise proper and due care for the safety of plaintiff and other business invitees while on the premises;

c. Causing a defective, dangerous and hazardous condition to exist;

d. Failing to properly maintain the premises and particularly the area of the ladies room;

e. Permitting the aforesaid condition to exist despite actual or constructive notice;

f. Failing to warn against the existence of the aforesaid condition despite actual or constructive notice;

g. Failing to provide safe conditions for the public.

8. By reason of the above described negligence of the Defendants, the Plaintiff, RUTH DELIZ, suffered severe and permanent injuries to her head and right leg, right knee and right ankle, including but not limited to, a fracture junction of the middle and distal thirds of the right tibia, edema in the right lower extremity, and/or exacerbation of all known and unknown preexisting medical conditions. The Plaintiff, RUTH DELIZ, suffered a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will n the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. The Plaintiff, RUTH DELIZ, believes and therefore avers that her injuries are permanent in nature.

9. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, RUTH DELIZ, has been compelled, in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for medicine and medical attention and may be required to expend additional sums for the same purposes in the future.

10. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, RUTH DELIZ, has been prevented from attending to her usual and daily activities, and may be so prevented for an indefinite time in the future, all to her great detriment and loss.

11. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, RUTH DELIZ. Has suffered physical pain,

and made a part hereof.

13. Plaintiff, **DAVID MORALES**, is the spouse of **RUTH DELIZ** and as such has incurred expenses in the treatment of his spouse's injuries, and may in the future be caused to incur additional expenses as he has in the past.

14. As a result of the occurrence, the Plaintiff, **DAVID MORALES**, to his great damage and loss, has been deprived of the society, companionship, services and assistance of his spouse, to which he is legally entitled.

**WHEREFORE**, Plaintiff, **DAVID MORALES**, demands damages of the Defendants herein, jointly and severally, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs.

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

BY:____________________________

**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**1500 J.F.K. Boulevard, Suite 600**
**Philadelphia, PA 19102**
**215-599-1400**
**Attorneys for Plaintiffs**

**VERIFICATION**

**RUTH DELIZ**, the Plaintiff herein, verifies that the statements made in the within pleading are true and correct. Plaintiff understands false statement herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

Ruth Deliz
**RUTH DELIZ**

GP

LAW OFFICES
FRANCIS R. GARTNER & ASSOCIATES
BY: WILLIAM J. DEVLIN, JR. & ASSOCIATES
IDENTIFICATION NO. 59094
1500 MARKET STREET, SUITE 2920
29TH FLOOR - WEST TOWER
PHILADELPHIA, PA 19102
(267) 675-3019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUTH DELIZ AND DAVID MORALES, H/W** | : | **CIVIL ACTION NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **WENDY'S** | : | |
| **and** | : | |
| **PARADIGM GROUP, D/B/A WENDY'S** | : | |
| | : | |
| **and** | : | |
| **PARADIGM GROUP, INCORPORATED** | : | |
| **D/B/A WENDY'S** | : | |
| **and** | : | |
| **WENDY'S INTERNATIONAL, INC.** | : | |
| **and** | : | |
| **WENDY'S OLD FASHIONED HAMBURGER'S, A/K/A WENDY'S** | : | |
| **OLD FASHIONED HAMBURGERS, INC.** | : | **05-CV-142** |

**ORDER**

**AND NOW**, this day of , 2005, it is hereby

**ORDERED** and **DECREED** that:

1. The claims against "Wendy's", Paradigm Group d/b/a Wendy's and Paradigm Group, Incorporated (more properly designated as CCF, LLC c/b/a Wendy's and Paradigm Group, LLC d/b/a Wendy's) are dismissed and the only Defendants in this

matter are Wendy's International, Inc. and Wendy's Old Fashioned Hamburgers, Inc.

BY THE COURT:

______________________________ J.

GP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RUTH DELIZ AND DAVID MORALES, H/W**<br><br>**v.**<br><br>**WENDY'S**<br>**and**<br>**PARADIGM GROUP, D/B/A WENDY'S**<br>**and**<br>**PARADIGM GROUP, INCORPORATED D/B/A WENDY'S**<br>**and**<br>**WENDY'S INTERNATIONAL, INC.**<br>**and**<br>**WENDY'S OLD FASHIONED HAMBURGER'S, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC.** | : | **CIVIL ACTION NO** 6<br><br>**FILED**<br>JAN 28 2005<br>MICHAEL E. KUNZ, Clerk<br>By________Dep. Clerk<br><br>**05-CV-142** |

**ENTRY OF APPEARANCE AND DEMAND FOR TRIAL BY JURY**

TO THE CLERK:

Kindly enter my appearance on behalf Defendant, CCF, LLC (incorrectly designated as "Wendy's" and Paradigm Group, LLC d/b/a Wendy's incorrectly designated as Paradigm Group d/b/a Wendy's and Paradigm Group, Incorporated d/b/a Wendy's.

A jury of eight (8) persons is hereby demanded.

WILLIAM J. DEVLIN, JR. & ASSOCIATES

BY: JHR2928
JAMES H. ROHLFING, ESQUIRE

COURT COPY

SCANNED

GA

JEFFREY R. LESSIN & ASSOCIATES, P.C.
BY: JEFFREY R. LESSIN, ESQUIRE
I.D. #: 43801
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
TWO PENN CENTER, SUITE 600
1500 J.F.K. BOULEVARD
PHILADELPHIA, PA 19102
(215) 599-1400

5

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES, H/W | : UNITED STATES DISTRICT COURT |
| | : EASTERN DISTRICT OF PA |
| vs. | : |
| | : CIVIL ACTION |
| WENDY'S, ET AL. | : NO. 05CV142 |

FILED
JAN 21 2005
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

## AFFIDAVIT OF SERVICE BY MAIL

**JEFFREY R. LESSIN, ESQUIRE**, being duly sworn, upon oath, deposes and says as follows:

1. I am the attorney for Plaintiffs, Ruth Deliz and David Morales, in the above-entitled cause. On January 13, 2005, I caused to be transmitted, via Certified Mail Return Receipt No. 7004 1350 0001 8405 9201, a copy of the Complaint filed in this action to the following:

Wendy's International, Inc.
4288 W. Dublin-Granville Road
Dublin, OH 43017

A copy of my transmittal letter is attached hereto as Exhibit "A".

2. I further depose and say that I thereafter received a return of service noting that the Complaint had been personally served on Defendant, Wendy's International, Inc. A copy of the official return receipt is attached hereto as Exhibit "B".

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

BY: ______________________________
**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**Attorneys for Plaintiffs**

SCANNED

*Jeffrey R. Lessin & Associates, P.C.*

ATTORNEYS AT LAW

*2 Penn Center, Suite 600 • 1500 JFK Boulevard • Philadelphia, PA 19102*
*Phone (215) 599-1400 • Fax (215) 599-1416*

January 13, 2005

**CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
Wendy's International, Inc.
4288 W. Dublin-Granville Road
Dublin, OH 43017

**Re: Ruth Deliz and David Morales v. Wendy's et al.**
**U.S. District Court, Eastern District of PA**
**Civil Action No. 05CV142**

Dear Sir/Madam:

Enclosed please find a Civil Action Complaint filed against you in the United States District Court of the Eastern District of PA in the above-captioned matter. You have twenty (20) days from the date of service to enter an appearance and defend yourself. We request that you turn this correspondence over to your insurance company or contact me as soon as possible.

Thank you.

Sincerely yours,

JEFFREY R. LESSIN & ASSOCIATES, P.C.

JEFFREY R. LESSIN

JRL/kfh
Enclosure

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES, H/W<br><br>v.<br><br>WENDY'S and PARADIGM GROUP, D/B/A WENDY'S and PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S and WENDY'S INTERNATIONAL, INC., and WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC. | CIVIL ACTION NO. 05-142<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>WENDY'S INTERNATIONAL, INC.<br>4288 W. Dublin-Granville Rd.<br>Dublin, OH 43017 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Jeffrey R. Lessin, Esq.
Jeffrey R. Lessin & Associates, P.C.
1500 J.F.K. Boulevard, Suite 600
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk ofthis Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: January 12, 2005 |

(By) Deputy Clerk

Tashia C. Irving

Tashia C. Irving



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

7004 1350 0001 8405 9203

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* Wendy's International, Inc.
*Street, Apt. No.; or PO Box No.* 4288 W. Dublin-Granville Rd.
*City, State, ZIP+4* Dublin, OH 43017

PS Form 3800, June 2002 See Reverse for Instructions

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wendy's International, Inc.
4288 W. Dublin-Granville Road
Dublin, OH 43017

Re: Ruth Deliz

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by ( *Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☒ Yes

2. Article Number
*(Transfer from service label)* 7004 1350 0001 8405 9201

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

JEFFREY R. LESSIN & ASSOCIATES, P.C.
BY: JEFFREY R. LESSIN, ESQUIRE
I.D. #: 43801
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
TWO PENN CENTER, SUITE 600
1500 J.F.K. BOULEVARD
PHILADELPHIA, PA 19102
(215) 599-1400

4

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES, H/W | : UNITED STATES DISTRICT COURT |
| | : EASTERN DISTRICT OF PA |
| vs. | : |
| | : CIVIL ACTION |
| WENDY'S, ET AL. | : NO. 05CV142 |

FILED
JAN 21 2005
MICHAEL E. KUNZ, Clerk
By C. D. Dep. Clerk

**AFFIDAVIT OF SERVICE BY MAIL**

**JEFFREY R. LESSIN, ESQUIRE**, being duly sworn, upon oath, deposes and says as follows:

1. I am the attorney for Plaintiffs, Ruth Deliz and David Morales, in the above-entitled cause. On January 13, 2005, I caused to be transmitted, via Certified Mail Return Receipt No. 7004 2890 0000 9805 0844, a copy of the Complaint filed in this action to the following:

Wendy's Old Fashioned Hamburgers
4288 W. Dublin-Granville Road
Dublin, OH 43017

A copy of my transmittal letter is attached hereto as Exhibit "A".

2. I further depose and say that I thereafter received a return of service noting that the Complaint had been personally served on Defendant, Wendy's Old Fashioned Hamburgers, Inc. A copy of the official return receipt is attached hereto as Exhibit "B".

JEFFREY R. LESSIN & ASSOCIATES, P.C.

BY:________________________
JEFFREY R. LESSIN, ESQUIRE
MARK T. RICHTER, ESQUIRE
Attorneys for Plaintiffs

SCANNED

*Jeffrey R. Lessin & Associates, P.C.*
ATTORNEYS AT LAW

*2 Penn Center, Suite 600 • 1500 JFK Boulevard • Philadelphia, PA 19102*
*Phone (215) 599-1400 • Fax (215) 599-1416*

January 13, 2005

**<u>CERTIFIED MAIL,</u>**
**<u>RETURN RECEIPT REQUESTED</u>**
Wendy's Old Fashioned Hamburgers,
A/K/A Wendy's Old Fashioned Hamburgers, Inc.
4288 W. Dublin-Granville Road
Dublin, OH 43017

**Re: Ruth Deliz and David Morales v. Wendy's et al.**
**U.S. District Court, Eastern District of PA**
**Civil Action No. 05CV142**

Dear Sir/Madam:

Enclosed please find a Civil Action Complaint filed against you in the United States District Court of the Eastern District of PA in the above-captioned matter. You have twenty (20) days from the date of service to enter an appearance and defend yourself. We request that you turn this correspondence over to your insurance company or contact me as soon as possible.

Thank you.

Sincerely yours,

JEFFREY R. LESSIN & ASSOCIATES, P.C.

JEFFREY R. LESSIN

JRL/kfh
Enclosure

**SUMMONS IN A CIVIL ACTIO.**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES, H/W<br><br>v.<br><br>WENDY'S and PARADIGM GROUP, D/B/A WENDY'S and PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S and WENDY'S INTERNATIONAL, INC., and WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC. | CIVIL ACTION NO. 05-142<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br>WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC.<br>4288 Dublin-Granville Road<br>DUBLIN, OH 43017 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Jeffrey R. Lessin, Esq.
Jeffrey R. Lessin & Associates, P.C.
1500 J.F.K. Boulevard, Suite 600
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk ofthis Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: January 12, 2005 |

(By) Deputy Clerk

Tashia C. Irving

Tashia C. Irving



7004 2890 0000 9805 0844

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Wendy's Old Fashioned Hamburgers
Street, Apt. No.; or PO Box No.: 4288 W. Dublin-Granville Rd.
City, State, ZIP+4: Dublin, OH 43017

PS Form 3800, June 2002 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wendy's Old Fashioned Hamburgers
4288 W. Dublin-Granville Road
Dublin, OH 43017

Re: Ruth Deliz

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 2890 0000 9805 0844

PS Form 3811, August 2001 — Domestic Return Receipt — 102595-02-M-1540

3

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**
**BY: JEFFREY R. LESSIN, ESQUIRE**
**I.D. #: 43801**
**BY: MARK T. RICHTER, ESQUIRE**
**I.D. #: 45195**
**TWO PENN CENTER, SUITE 600**
**1500 J.F.K. BOULEVARD**
**PHILADELPHIA, PA 19102**
**(215) 599-1400**

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| **RUTH DELIZ and DAVID MORALES, H/W** | **: UNITED STATES DISTRICT COURT** |
| | **: EASTERN DISTRICT OF PA** |
| **vs.** | **:** |
| | **: CIVIL ACTION** |
| **WENDY'S, ET AL.** | **: NO. 05CV142** |

**FILED**
JAN 21 2005
MICHAEL E. KUNZ, Clerk
By ______ Dep. Clerk

## AFFIDAVIT OF SERVICE BY MAIL

**JEFFREY R. LESSIN, ESQUIRE**, being duly sworn, upon oath, deposes and says as follows:

1. I am the attorney for Plaintiffs, Ruth Deliz and David Morales, in the above-entitled cause. On January 13, 2005, I caused to be transmitted, via Certified Mail Return Receipt No. 7003 2260 0007 2798 2481, a copy of the Complaint filed in this action to the following:

Paradigm Group, Inc.
2311 New London Turnpike
Coventry, RI 02816

A copy of my transmittal letter is attached hereto as Exhibit "A".

2. I further depose and say that I thereafter received a return of service noting that the Complaint had been personally served on Defendant, Paradigm Group, Inc. A copy of the official return receipt is attached hereto as Exhibit "B".

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

BY: ______________________________
**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**Attorneys for Plaintiffs**

SCANNED

*Jeffrey R. Lessin & Associates, P.C.*

ATTORNEYS AT LAW

*2 Penn Center, Suite 600 • 1500 JFK Boulevard • Philadelphia, PA 19102*
*Phone (215) 599-1400 • Fax (215) 599-1416*

January 13, 2005

**CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
Paradigm Group, Incorporated, D/B/A Wendy's
2311 New London Turnpike
Coventry, RI 02816

**Re: Ruth Deliz and David Morales v. Wendy's et al.**
**U.S. District Court, Eastern District of PA**
**Civil Action No. 05CV142**

Dear Sir/Madam:

Enclosed please find a Civil Action Complaint filed against you in the United States District Court of the Eastern District of PA in the above-captioned matter. You have twenty (20) days from the date of service to enter an appearance and defend yourself. We request that you turn this correspondence over to your insurance company or contact me as soon as possible.

Thank you.

Sincerely yours,

JEFFREY R. LESSIN & ASSOCIATES, P.C.

JEFFREY R. LESSIN

JRL/kfh
Enclosure

EXHIBIT
"A"

# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUTH DELIZ and DAVID MORALES, H/W

v.

WENDY'S and PARADIGM GROUP, D/B/A WENDY'S and PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S and WENDY'S INTERNATIONAL, INC., and WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC.

CIVIL ACTION NO. 05-142

TO: (NAME AND ADDRESS OF DEFENDANT)

WENDY'S INTERNATIONAL,INC.
4288 W. Dublin-Granville Rd.
Dublin, OH 43017

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Jeffrey R. Lessin, Esq.
Jeffrey R. Lessin & Associates, P.C.
1500 J.F.K. Boulevard, Suite 600
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk ofthis Court within a reasonable period of time after service.

| Michael E. Kunz, Clerk of Court | Date: January 12, 2005 |
|---|---|

(By) Deputy Clerk

Tashia C. Irving

Tashia C. Irving



7003 2260 0007 2798 2481

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To Paradigm Group Inc.
Street, Apt. No.; or PO Box No. 2311 New London Turnpike
City, State, ZIP+4 Coventry RI 02816

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paradigm Group, Inc.
2311 New London Turnpike
Coventry, RI 02816

Re: Ruth Deliz

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7003 2260 0007 2798 2481

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

[redacted]

GP

JEFFREY R. LESSIN & ASSOCIATES, P.C.
BY: JEFFREY R. LESSIN, ESQUIRE
I.D. #: 43801
BY: MARK T. RICHTER, ESQUIRE
I.D. #: 45195
TWO PENN CENTER, SUITE 600
1500 J.F.K. BOULEVARD
PHILADELPHIA, PA 19102
(215) 599-1400

(2)

ATTORNEYS FOR PLAINTIFFS

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES, H/W | : UNITED STATES DISTRICT COURT<br>: EASTERN DISTRICT OF PA |
| vs. | : |
| | : CIVIL ACTION |
| WENDY'S, ET AL. | : NO. 05CV142 |

FILED
JAN 21 2005
MICHAEL E. KUNZ, Clerk
By C. D. Dep. Clerk

## AFFIDAVIT OF SERVICE BY MAIL

**JEFFREY R. LESSIN, ESQUIRE**, being duly sworn, upon oath, deposes and says as follows:

1. I am the attorney for Plaintiffs, Ruth Deliz and David Morales, in the above-entitled cause. On January 13, 2005, I caused to be transmitted, via Certified Mail Return Receipt No. 7003 2260 0007 2798 2498, a copy of the Complaint filed in this action to the following:

Paradigm Group, D/B/A Wendy's
2311 New London Turnpike
Coventry, RI 02816

A copy of my transmittal letter is attached hereto as Exhibit "A".

2. I further depose and say that I thereafter received a return of service noting that the Complaint had been personally served on Defendant, Paradigm Group, D/B/A Wendy's. A copy of the official return receipt is attached hereto as Exhibit "B".

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

BY:______________________________
**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**Attorneys for Plaintiffs**

*Jeffrey R. Lessin & Associates, P.C.*

ATTORNEYS AT LAW

*2 Penn Center, Suite 600 • 1500 JFK Boulevard • Philadelphia, PA 19102*
*Phone (215) 599-1400 • Fax (215) 599-1416*

January 13, 2005

**CERTIFIED MAIL,**
**RETURN RECEIPT REQUESTED**
Paradigm Group, D/B/A Wendy's
2311 New London Turnpike
Coventry, RI 02816

**Re: Ruth Deliz and David Morales v. Wendy's et al.**
**U.S. District Court, Eastern District of PA**
**Civil Action No. 05CV142**

Dear Sir/Madam:

Enclosed please find a Civil Action Complaint filed against you in the United States District Court of the Eastern District of PA in the above-captioned matter. You have twenty (20) days from the date of service to enter an appearance and defend yourself. We request that you turn this correspondence over to your insurance company or contact me as soon as possible.

Thank you.

Sincerely yours,

JEFFREY R. LESSIN & ASSOCIATES, P.C.

JEFFREY R. LESSIN

JRL/kfh
Enclosure

EXHIBIT
A

**SUMMONS IN A CIVIL ACTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES, H/W<br><br>v.<br><br>WENDY'S and PARADIGM GROUP, D/B/A WENDY'S and PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S and WENDY'S INTERNATIONAL, INC., and WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC. | CIVIL ACTION NO. 05-142<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>WENDY'S INTERNATIONAL, INC.<br>4288 W. Dublin-Granville Rd.<br>Dublin, OH 43017 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

Jeffrey R. Lessin, Esq.
Jeffrey R. Lessin & Associates, P.C.
1500 J.F.K. Boulevard, Suite 600
Philadelphia, PA 19102

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk ofthis Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: January 12, 2005 |

(By) Deputy Clerk

Tashia C. Irving

Tashia C. Irving

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 2260 0007 2798 2498

Sent To: Paradigm Group, D/B/A Wendy's
Street, Apt. No.; or PO Box No.: 2311 New London Turnpike
City, State, ZIP+4: Coventry, RI 02816

PS Form 3800, June 2002 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paradigm Group D/B/A Wendy's
2311 New London Turnpike
Coventry, RI 02816

Re: Ruth Deliz

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: JAN 18 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0007 2798 2498

[redacted]urn Receipt 102595-02-M-1540

$150.00

GP

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RUTH DELIZ and DAVID MORALES, H/W** | : |
| **100 N. Front Street, Apt. 14C** | : |
| **Reading, PA 19601** | : |
| **vs.** | : **CIVIL ACTION NO.** |
| **WENDY'S** | : |
| **2311 New London Turnpike** | : 05cv142 |
| **Coventry, RI 02816** | : |
| **and** | : |
| **PARADIGM GROUP, D/B/A/ WENDY'S** | : |
| **2311 New London Turnpike** | : |
| **Coventry, RI 02816** | : |
| **and** | : |
| **PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S** | : FILED |
| **2311 New London Turnpike** | : |
| **Coventry, RI 02816** | : JAN 12 2005 |
| **and** | : |
| **WENDY'S INTERNATIONAL, INC.** | : MICHAEL E. KUNZ, Clerk |
| **4288 W. Dublin-Granville Road** | : By ____ Dep. Clerk |
| **Dublin, OH 43017** | : |
| **and** | : |
| **WENDY'S OLD FASHIONED HAMBURGERS, A/K/A** | : |
| **WENDY'S OLD FASHIONED HAMBURGERS, INC.** | : |
| **4288 W. Dublin-Granville Road** | : |
| **Dublin, OH 43017** | : |

**CIVIL ACTION - COMPLAINT**

1. Plaintiffs are **RUTH DELIZ and DAVID MORALES,** husband and wife, citizens of the United States, who reside at 100 N. Front Street, Apt. 14C, Reading, PA.

2. Defendant is **WENDY'S,** a corporation organized and licensed to do business in the United States, with a restaurant located at 2311 New London Turnpike, Coventry, RI.

3. Defendant is **PARADIGM GROUP, D/B/A WENDY'S,** a corporation, partnership or other business organized and licensed to do business in the United States, with offices

SCANNED

S (5) given 1/12/05

located at 2311 New London Turnpike, Coventry, RI.

4. Defendant is **PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S,** a corporation, partnership or other business organized and licensed to do business in the United States, with offices located at 2311 New London Turnpike, Coventry, RI.

5. Defendant is **WENDY'S INTERNATIONAL, INC.**, a corporation organized and licensed to do business in the United States, with offices located at 4288 W. Dublin-Granville Road, Dublin, OH.

6. Defendant is **WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC.,** a corporation, partnership or other business organized and licensed to do business in the United States, with offices located at 4288 W. Dublin-Granville Road, Dublin, OH.

7. Jurisdiction is based upon the diversity of the citizenship of the parties: plaintiffs are citizens and residents of the Commonwealth of Pennsylvania and defendants are corporations and/or other business entities incorporated under the law of states other that Pennsylvania and having their principal place of business in a state other than Pennsylvania. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. section 1332.

8. At all times material herein, Defendants, through their agents, servants, workmen and/or employees, operated a retail restaurant which serves food to the public.

9. On or about January 13, 2003, Plaintiff **RUTH DELIZ** was a business invitee at Defendant **WENDY'S** and/or **PARADIGM GROUP, D/B/A WENDY'S** and/or **PARADIGM GROUP, INCORPORATED, D/B/A WENDY'S** and/or **WENDY'S INTERNATIONAL, INC.**

and/or **WENDY'S OLD FASHIONED HAMBURGERS, A/K/A WENDY'S OLD FASHIONED HAMBURGERS, INC.**, and while she was in the ladies room of the restaurant, she was caused to slip, trip, stumble and fall, due to a defect in a drain and/or grate and/or floor, resulting in serious injury.

6. Defendants, by and through their agents, servants, workmen and/or employees, acting within the course of their employment and within the scope of their authority, knew or should have known of the existence of the defect in the drain and/or grate and/or slippery and dangerous condition of the floor prior to the Plaintiff's fall and Defendants were obliged to correct, remedy, repair and/or eliminate said defect in the drain and/or slippery and dangerous condition of the floor.

7. The carelessness, recklessness and/or negligence of the Defendants, by and through their agents, servants, workmen and/or employees, consisted of the following:

a. Failing to keep and maintain the premises in a safe condition;

b. Failing to exercise proper and due care for the safety of plaintiff and other business invitees while on the premises;

c. Causing a defective, dangerous and hazardous condition to exist;

d. Failing to properly maintain the premises and particularly the area of the ladies room;

e. Permitting the aforesaid condition to exist despite actual or constructive notice;

f. Failing to warn against the existence of the aforesaid condition despite actual or constructive notice;

g. Failing to provide safe conditions for the public.

8. By reason of the above described negligence of the Defendants, the Plaintiff, **RUTH DELIZ,** suffered severe and permanent injuries to her head and right leg, right knee and right ankle, including but not limited to, a fracture junction of the middle and distal thirds of the right tibia, edema in the right lower extremity, and/or exacerbation of all known and unknown preexisting medical conditions. The Plaintiff, **RUTH DELIZ**, suffered a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will n the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. The Plaintiff, **RUTH DELIZ**, believes and therefore avers that her injuries are permanent in nature.

9. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, **RUTH DELIZ**, has been compelled, in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for medicine and medical attention and may be required to expend additional sums for the same purposes in the future.

10. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, **RUTH DELIZ**, has been prevented from attending to her usual and daily activities, and may be so prevented for an indefinite time in the future, all to her great detriment and loss.

11. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, **RUTH DELIZ**. Has suffered physical pain,

and made a part hereof.

13. Plaintiff, **DAVID MORALES**, is the spouse of **RUTH DELIZ** and as such has incurred expenses in the treatment of his spouse's injuries, and may in the future be caused to incur additional expenses as he has in the past.

14. As a result of the occurrence, the Plaintiff, **DAVID MORALES**, to his great damage and loss, has been deprived of the society, companionship, services and assistance of his spouse, to which he is legally entitled.

**WHEREFORE,** Plaintiff, **DAVID MORALES**, demands damages of the Defendants herein, jointly and severally, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS, plus costs.

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

**BY:**____________________________

**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**1500 J.F.K. Boulevard, Suite 600**
**Philadelphia, PA 19102**
**215-599-1400**
**Attorneys for Plaintiffs**

**VERIFICATION**

**RUTH DELIZ,** the Plaintiff herein, verifies that the statements made in the within pleading are true and correct. Plaintiff understands false statement herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

Ruth Deliz

**RUTH DELIZ**

GP

05cv 142

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

**APPENDIX B**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

Ruth Deliz and David Morales, h/w

(b) County of Residence of First Listed Plaintiff Berks
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
215-599-1400
Jeffrey R. Lessin & Associates, P.C.
2 Penn Center, Suite 600
Philadelphia, PA 19102

A/R

**DEFENDANTS**

Wendy's

County of Residence of First Listed ______
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ■ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Diversity - 28 U.S.C. §1332 - premises liability - Pa. plaintiff injured in out-of-state premises case.

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

JAN 12 2005

DATE ______ SIGNATURE OF ATTORNEY OF RECORD ______

FOR OFFICE USE ONLY

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

GP 05cv142

**APPENDIX A**

## UNITED STATES DISTRICT COURT

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.**

Address of Plaintiff: 100 N. Front Street, Apt. 14C, Reading, PA 19601

Address of Defendant: 2311 New London Turnpike, Coventry, RI 02816

Place of Accident, Incident or Transaction: 2311 New London Turnpike, Coventry, RI

*(Use Reverse Side For Additional Space)*

Does this case involve multidistrict litigation possibilities? Yes ☐ No ☐

*RELATED CASE, IF ANY:* N/R

Case Number: ______ Judge ______ Date Terminated: ______

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes ☐ No ☒
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes ☐ No ☒
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court? Yes ☐ No ☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases (Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☒ Other Personal Injury (Please specify) (premises liability)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases (Please specify)

### ARBITRATION CERTIFICATION

*(Check appropriate Category)*

I, Jeffrey R. Lessin, Esq., counsel of record do hereby certify:

☒ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 1-12-05 ______ Attorney-at-Law #43801 Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

**I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.**

DATE: 1-12-05 ______ Attorney-at-Law #43801 Attorney I.D.#

CIV. 609 (9/99)

JAN 12 2005

GP

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**APPENDIX C**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Ruth Deliz and David Morales, h/w : CIVIL ACTION
v. :
Wendy's, et al. : A/R

NO. 05cv142

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits. ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks. (X)

1-12-05
**Date**

**Attorney-at-law** Jeffrey R. Lessin

**Attorney for** Plaintiff

**(Civ. 660) 7/95**

JAN 12 2005