**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183L

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

## ANSWER

1. Defendants are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiffs' Complaint and leave Plaintiffs to their proof.

2. Denied.

3. Denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

6. [sic] Denied.

7. [sic] Denied.

8. [sic] Denied.

9. [sic] Denied.

10. [sic] Denied.

11. [sic] Denied.

12. [sic] Denied.

13. [sic] Denied.

14. [sic] Denied.

WHEREFORE, Defendants demand judgment in their favor and that Plaintiffs' Complaint be denied and dismissed, plus costs.

2

## AFFIRMATIVE DEFENSES

1. Plaintiffs injuries and damages, if any, were proximately caused by Plaintiff Ruth Deliz's own comparative negligence.

2. Plaintiff, Ruth Deliz, assumed the risk of her injuries.

3. Defendants raise the affirmative defense of corporate misnomer.

4. Plaintiffs' Complaint alleges negligence of non-existent corporations and, therefore, entities that lack the capacity to be sued.

5. This Court lacks jurisdiction over the parties.

6. This Court lacks diversity jurisdiction over the parties because the amount in controversy does not exceed $75,000.00.

**DEFENDANTS DEMAND TRIAL BY JURY.**

**MICHAEL R. DE LUCA, R.I. BAR NO. 3663, IS DESIGNATED AS TRIAL COUNSEL.**

Defendants,
By their Attorneys:

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

## CERTIFICATION

Jeffrey R. Lessin, Esq.
Mark T. Richter, Esq.
1500 J.F.K. Boulevard, Suite 600
Philadelphia, PA 19102

I hereby certify that a true copy of the within was served by mail upon counsel of record, as above, on the 9th day of May, 2005.