***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

# ***NOTICE***

***RUTH DELIZ, et al.***

***v.*** ***CA05-183ML***

***WENDY'S, et al.***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT MAGISTRATE JUDGE DAVID L. MARTIN***

***TYPE OF PROCEEDING:*** ***RULE 16 CONFERENCE***

***PLACE:*** ***U.S. District Court***
***Magistrate Judge Martin's Chambers - Room P-285***
***John O. Pastore Federal Building***
***Two Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***SEPTEMBER 21, 2005***

***TIME:*** ***2:00 P.M.***

***David A. DiMarzio, Clerk of Court***

*Jeannine Theall*

Jeannine Theall
Deputy Clerk
Date: September 6, 2005

**NOTICE SENT TO:** **DELUCA, MARCACCIO, LESSIN, ROHLFING**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7217 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.