**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183L

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

# WITHDRAWAL OF APPEARANCE

I hereby withdraw my appearance on behalf of Defendants, Wendy's and Paradigm Group, d/b/a Wendy's and Paradigm Group, Incorporated d/b/a Wendy's and Wendy's International, Inc. and Wendy's Old Fashioned Hamburger's, a/k/a Wendy's Old Fashioned Hamburgers, Inc.

James Rohlfin, Bar No. 59094
Devlin & Associates
Suite 2920
West Tower
1500 Market Street
Philadelphia, PA 19103

# CERTIFICATION

Michael R. De Luca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

Jeffrey R. Lessin, Esq.
Mark T. Richter, Esq.
1500 J.F.K. Boulevard, Suite 600
Philadelphia, PA 19102

I hereby certify that a true copy of the within was served by mail upon counsel of record, as above, on the 2nd day of ~~August,~~ September 2005.