**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RUTH DELIZ and DAVID MORALES** *Plaintiffs,* | : | |
| **Vs.** | : | **C.A. No. 05-183ML** |
| **WENDY'S, PARADIGM GROUP, d/b/a WENDY'S, PARADIGM GROUP, INC. d/b/a WENDY'S, WENDY'S INTERNATIONAL, INC. And WENDY'S OLD FASHIONED HAMBURGERS, a/k/a WENDY'S OLD FASHIONED HAMBURGERS, INC.** *Defendants.* | : | |

**ENTRY OF APPEARANCE**

I, Raymond A. Marcaccio, hereby enter my appearance on behalf of the Plaintiffs in the above-captioned matter.

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: September 19, 2005

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *ENTRY OF APPEARANCE* was mailed, postage prepaid, to Michael R. DeLuca, Esquire, GIDLEY, SARLI & MARUSAK, One Turks Head Place, Suite 900, Providence, RI 02903 on the 19th day of September, 2005.