**JEFFREY R. LESSIN & ASSOCIATES, P.C.**
**BY: JEFFREY R. LESSIN, ESQUIRE**
**I.D. #: 43801**
**BY: MARK T. RICHTER, ESQUIRE**
**I.D. #: 45195**
**TWO PENN CENTER, SUITE 600**
**1500 J.F.K. BOULEVARD**
**PHILADELPHIA, PA 19102**
**(215) 599-1400**

SCANNED

**ATTORNEYS FOR PLAINTIFFS**

| | |
|---|---|
| **RUTH DELIZ and DAVID MORALES, H/W** | **: UNITED STATES DISTRICT COURT** |
| | **: DISTRICT OF RHODE ISLAND** |
| **vs.** | **:** |
| | **: CIVIL ACTION** |
| **WENDY'S, ET AL.** | **: NO. 05-183ML** |

**WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly withdraw my appearance as attorney for the Plaintiffs, Ruth Deliz and David Morales, H/W, in the above-entitled action.

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

**BY:**__________________________
**JEFFREY R. LESSIN, ESQUIRE**
**MARK T. RICHTER, ESQUIRE**
**Attorneys for Plaintiffs**