**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RUTH DELIZ and DAVID MORALES** *Plaintiffs,* | : | |
| **Vs.** | : | **C.A. No. 05-183ML** |
| **WENDY'S, PARADIGM GROUP, d/b/a WENDY'S, PARADIGM GROUP, INC. d/b/a WENDY'S, WENDY'S INTERNATIONAL, INC. And WENDY'S OLD FASHIONED HAMBURGERS, a/k/a WENDY'S OLD FASHIONED HAMBURGERS, INC.** *Defendants.* | : | |

**STIPULATION**

Now come Plaintiffs and Defendants, through counsel, and hereby stipulate that Plaintiff Ruth Deliz shall have up to and including November 16, 2005 to respond to Defendants' interrogatories and document requests.

Raymond A. Marcaccio, Esquire (#3569)
Attorney for Plaintiffs
OLIVERIO & MARCACCIO, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Michael R. De Luca, Esquire (#3663)
Attorney for Defendants
GIDLEY, SARLI & MARUSAK, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 Fax

ENTER:

Mary M. Lisi
USDJ 11/7/05

PER ORDER:

Barbara Barletta
Clerk of the Court