FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183L

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

RECEIVED
FEB 21 2006
Property of U.S. District Court
District of Rhode Island

## STIPULATION

Plaintiffs, Ruth Deliz and David Morales, and Defendant, Wendy's Old Fashioned Hamburgers, a/k/a Wendy's Old Fashioned Hamburgers, Inc., hereby stipulate and agree through their undersigned counsel that the time for Defendant, Wendy's Old Fashioned Hamburgers, a/k/a Wendy's Old Fashioned Hamburgers, Inc. to answer Plaintiff's Interrogatories and respond to Plaintiff's Request for Production of Documents is extended up to and including March 10, 2006, which shall have the same full force and effect as though filed within the period required by the Rules of Court.

Plaintiffs,
By their attorneys,

Raymond A. Marcaccio, #3569
Oliverio & Marcaccio LLP
55 Dorrance Street , Ste. 400
Providence, RI 02903
401-861-2900; fax: 861-2922

Defendants,
By their Attorneys,

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

Enter: Mary M. Lisi USDJ 2/24/06