FILED

MAR 17 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RUTH DELIZ and DAVID MORALES )
Plaintiffs, )
) C.A. No. 05-183ML
VS. )
)
WENDY'S, PARADIGM GROUP, )
d/b/a WENDY'S, PARADIGM )
GROUP, INC. d/b/a WENDY'S, )
WENDY'S INTERNATIONAL, INC. )
And WENDY'S OLD FASHIONED )
HAMBURGERS, a/k/a WENDY'S OLD )
FASHIONED HAMBURGERS, INC. )
Defendants )

**JOINT MOTION TO AMEND PRETRIAL ORDER**

Now come Plaintiff, Ruth Deliz and Defendants, Wendy's Paradigm Group, et al. and hereby move this Court to amend the Pretrial Order in order to extend by ninety (90) days the deadline for discovery and all subsequent deadlines outlined in the Pretrial Order. The additional ninety days is necessary to in order to conduct additional discovery, including that of the Plaintiff, who presently resides in Puerto Rico.

Respectfully submitted,
Defendants
By their attorneys,

Michael R. DeLuca, Esq. #3665
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 Fax

Respectfully submitted,
Plaintiffs
By their attorneys,

Raymond A. Marcaccio, Esq. #3569
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: March __, 2006

Granted. Mary M. Lisi USDJ 3/20/06