**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RUTH DELIZ and DAVID MORALES** *Plaintiffs,* | : | |
| Vs. | : | **C.A. No. 05-183ML** |
| **WENDY'S, PARADIGM GROUP, d/b/a WENDY'S, PARADIGM GROUP, INC. d/b/a WENDY'S, WENDY'S INTERNATIONAL, INC. And WENDY'S OLD FASHIONED HAMBURGERS, a/k/a WENDY'S OLD FASHIONED HAMBURGERS, INC.** *Defendants.* | : | |

**NOTICE**

Pursuant to the Pennsylvania Public Welfare Code, 62 P.S. §1409, notice is hereby filed with this Court that the Commonwealth of Pennsylvania, Department of Public Welfare seeks recovery and reimbursement for payments made by the Department to its recipient, Ruth Deliz, for medical assistance rendered in connection with the injuries sustained that are the subject of the instant lawsuit.

Plaintiff,
By her Attorney,

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: May 5, 2006

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *NOTICE* was mailed, postage prepaid, to Michael R. DeLuca, Esquire, GIDLEY, SARLI & MARUSAK, One Turks Head Place, Suite 900, Providence, RI 02903 on the 5th day of May, 2006.

C: Ms. Judy Deaven
Commonwealth of Pennsylvania
Department of Public Welfare