UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES<br>Plaintiffs,<br><br>VS.<br><br>WENDY'S, PARADIGM GROUP,<br>d/b/a WENDY'S, PARADIGM<br>GROUP, INC. d/b/a WENDY'S,<br>WENDY'S INTERNATIONAL, INC.<br>And WENDY'S OLD FASHIONED<br>HAMBURGERS, a/k/a WENDY'S OLD<br>FASHIONED HAMBURGERS, INC.<br>Defendants | C.A. No. 05-183ML |

**<u>PLAINTIFF'S MOTION TO AMEND PRETRIAL ORDER</u>**

Now comes the Plaintiff, Ruth Deliz and hereby moves this Court to amend the Pretrial Order in order to extend by ninety (90) days the deadline for discovery and all subsequent deadlines outlined in the Pretrial Order. Previously, Plaintiff and Defendants moved jointly to extend the discovery deadline from March 21, 2006 until June 21, 2006 due to the need to conduct further discovery.

Discovery closed on June 21, 2006, in accordance with the Amended Pre-Trial Order. Despite repeated attempts to obtain outstanding discovery from Defendants' counsel, Plaintiff has yet to receive interrogatory answers and document responses.

Plaintiff will presently move for motions to compel production. Without the benefit of Defendants' responses, Plaintiff cannot conduct other discovery, including appropriate depositions.

For each of these reasons, Plaintiff requests an additional ninety (90) days to conduct discovery.

Respectfully submitted,
Plaintiffs
By their attorneys,

Raymond A. Marcaccio, Esq. #3569
Julie P. Hamil, Esq. #6887
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: June 27, 2006

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within *PLAINTIFF'S MOTION TO EXTEND TIME* to all attorneys of record listed below on this 27th day of June 2006.

Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903