UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RUTH DELIZ and DAVID MORALES )
Plaintiffs, )
) C.A. No. 05-183ML
VS. )
)
WENDY'S, PARADIGM GROUP, )
d/b/a WENDY'S, PARADIGM )
GROUP, INC. d/b/a WENDY'S, )
WENDY'S INTERNATIONAL, INC. )
And WENDY'S OLD FASHIONED )
HAMBURGERS, a/k/a WENDY'S OLD )
FASHIONED HAMBURGERS, INC. )
Defendants )

RECEIVED
JUL 17 2006
Property of U.S. District Court
District of Rhode Island

**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND PRETRIAL ORDER**

This matter came before United States District Judge Mary M. Lisi on July 12, 2006 on Plaintiff's Motion to Amend the Pretrial Order and for a status conference. After conference, and in consideration thereof, the motion is hereby GRANTED according to the following terms:

(1) Defendants are ordered to respond to Plaintiff's Interrogatories and Document Requests no later than **August 14, 2006**. Failure by Defendants to do so may result in the imposition of sanctions by this Court.

(2) Discovery will close on **November 14, 2006.**

(3) Plaintiff shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by **September 20, 2006**. Defendant shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by **October 20, 2006**.

(4) Dispositive motions shall be filed on or before **December 14, 2006**.

(5) Counsel shall present, thirty (30) days after a decision on any dispositive motion, or, if no dispositive motions are filed, by **January 14, 2007**, a typewritten Pretrial statement containing all of the information specified in the original Pretrial Order.

SO ORDERED:

Mary M. Lisi
United States District Judge 7/19/06

Entered as an Order of this Court on 7/19/06

Deputy Clerk

Dated: ________________

Submitted after consultation with opposing
Counsel by:

Raymond A. Marcaccio, Esq. #3569
Julie P. Hamil, Esq. #6887
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: July 14, 2006

**CERTIFICATION**

I hereby certify that a true copy of the foregoing *ORDER GRANTING PLAINTIFF'S MOTION TO AMEND PRETRIAL ORDER* was mailed, postage prepaid, to Michael R. De Luca, Esquire, GIDLEY, SARLI & MARUSAK, One Turks Head Place, Suite 900, Providence, RI 02903 on the 14th day of July, 2006.