UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RUTH DELIZ and DAVID MORALES<br>Plaintiffs,<br><br>VS.<br><br>WENDY'S, PARADIGM GROUP,<br>d/b/a WENDY'S, PARADIGM<br>GROUP, INC. d/b/a WENDY'S,<br>WENDY'S INTERNATIONAL, INC.<br>And WENDY'S OLD FASHIONED<br>HAMBURGERS, a/k/a WENDY'S OLD<br>FASHIONED HAMBURGERS, INC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-183ML |

**NOTICE OF DEPOSITION TO DEFENDANTS CCF LLC, d/b/a WENDY'S, THE PARADIGM GROUP AND WENDY'S INTERNATIONAL, INC.**

Pursuant to Federal Rue of Civil Procedure 30(b)(6), the Plaintiff will take the testimony on oral examination of an individual designated by CCF LLC, d/b/a Wendy's, The Paradigm Group and Wendy's International, Inc. as having the most direct knowledge of: 1) the facts relating to the incident that is the subject of the Plaintiff's complaint; 2) the condition of the floor of the women's restroom on or about January 13, 2003 when the Plaintiff was injured on Defendants' property in Coventry, Rhode Island; 3) the cleaning, inspection and maintenance of the floor of the women's restroom located on Defendants' property in Coventry, Rhode Island, on or about January 13, 2003.

This deposition will be taken on the 19th day of September, 2006 at 10:00 a.m. at the law offices of Oliverio & Marcaccio, LLP, 55 Dorrance Street, Suite 400, Providence, Rhode Island, 02903 and shall continue thereafter as necessary.

Pursuant to Fed.R.Civ.P. 30(b)(2), notice is hereby given that this deposition shall be recorded by stenographic means.

Plaintiffs
RUTH DELIZ and DAVID MORALES
By their attorney,

/s/ Julie P. Hamil_____________________________
Raymond A. Marcaccio, Esq. (#3569)
Julie P. Hamil, Esq. (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
401.861.2900
401.861.2922 *fax*

Date: August 31, 2006

**CERTIFICATION**

I hereby certify that the foregoing *Rule 30(b)(6) Notice of Deposition* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 31st day of August 2006:

Michael R. DeLuca, Esq.
mrd@gsm-law.com

/s/ Julie P. Hamil_____________________________

cc: Vivian S. Dafoulas
50 Fieldstone Drive
East Greenwich, RI 02818