**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183L

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

**AMENDED NOTICE TO TAKE DEPOSITION**

DEPONENT: **RUTH DELIZ**

DATE: **SEPTEMBER 25, 2006**

TIME: **1:00 p.m.**

PLEASE TAKE NOTICE that the Defendant in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

International Interpreting Service
Attn: Mike Chea
645 Elmwood Avenue
Providence, RI 02907

The document has been filed electronically and it is available for vieweing and downloading from the ECF system. I hereby certify that on the 21st day of September, 2006, a true and correct copy of the within was mailed first class, postage pre-paid to the above addresses.

/s/ Michael R. De Luca