**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183L

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

**NOTICE TO TAKE DEPOSITION**

DEPONENT: **REBECCA RAMOS**

DATE: **NOVEMBER 13, 2006**

TIME: **10:00 A.M.**

PLEASE TAKE NOTICE that the Defendant in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

The document has been filed electronically and it is available for viewing and downloading from the ECF system. I hereby certify that on the 3rd day of October, 2006, a true and correct copy of the within was mailed first class, postage pre-paid to the above addresses.

/s/ Michael R. De Luca
____________________________________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183L

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

**NOTICE TO TAKE DEPOSITION**

DEPONENT: **JOSE RAMOS**

DATE: **NOVEMBER 13, 2006**

TIME: **10:00 A.M.**

PLEASE TAKE NOTICE that the Defendant in the above-captioned matter will take the deposition of the above-named individual on oral examination, which examination will continue from day to day until completed, the same to commence on the date and time above stated at the offices of **GIDLEY, SARLI & MARUSAK, LLP, One Turks Head Place, Suite 900, Providence, Rhode Island** before a Notary Public commissioned in the State of Rhode Island.

Defendants,
By their Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

Allied Court Reporters
115 Phenix Avenue
Cranston, RI 02920

The document has been filed electronically and it is available for viewing and downloading from the ECF system. I hereby certify that on the 3rd day of October, 2006, a true and correct copy of the within was mailed first class, postage pre-paid to the above addresses.

/s/ Michael R. De Luca