**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183L

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

**DEFENDANTS' MOTION TO COMPEL**
**RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants hereby move to compel Plaintiff, Ruth Deliz, to provide further response to Defendant's request for production of documents, which was propounded on or about May 10, 2005.

**Request No. 2**: Any and all of the plaintiff's medical records, bills and reports, of whatever nature and kind, including office notes and x-rays, from any and all physicians, hospitals or other health care providers which relate in any way to all injuries, whenever suffered, similar to the alleged injury which is the subject of this litigation or sufficient authorizations to secure them.

**Response**: Plaintiff withdraws her objection previously asserted and further states that there are no responsive documents.

**Further Response Sought**:

In Plaintiff's Complaint, she alleges that "while she was in the ladies room of [Defendant's] restaurant, she was caused to slip, trip, stumble and fall due to a defect in a drain and/or grate and/or floor, resulting in serious injury." *See,* Complaint at ¶ 5. Further, Plaintiff alleges that she suffered:

> [S]evere and permanent injuries to her head and right leg, right knee and right ankle, including but not limited to, a fracture junction of the middle and distal thirds of the right tibia, edema in the right lower extremity, and/or exacerbation of all known and unknown preexisting medical conditions. The Plaintiff, RUTH DELIZ, suffered a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will in the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. *See*, Complaint at ¶ 8.

Plaintiff testified at her deposition that she has a long history of disability, which includes severe scoliosis of the spine, muscular dystrophy and asthma. Plaintiff disclosed, for the first time, numerous

treatments in both Pennsylvania and Puerto Rico for all of these conditions. Because Plaintiff is explicitly alleging that her preexisting medical conditions were exacerbated by the alleged incident in Defendant's restaurant, Plaintiff should be compelled to produce the records that address these prior conditions. Defendant has requested the medical records which relate in any way to injuries, whenever suffered, similar to the alleged injury which is the subject of this litigation. Clearly, this request is reasonably calculated to lead to the discovery of admissible evidence, as these records may have a direct bearing on the issue of damages in this case. Therefore, Plaintiff should be compelled to produce any and all medical records, both prior and since the incident, which relate to the disabilities that she disclosed at her deposition.

I certify that I have in good faith, conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action.

Defendants request an Order compelling compliance within twenty (20) days of this Court's determination.

Defendants,
By their Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

**CERTIFICATION**

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

The document has been filed electronically and it is available for viewing and downloading from the ECF system. I hereby certify that on the 25th day of October, 2006, a true and correct copy of the within was mailed first class, postage pre-paid to the above addresses.

/s/ Michael R. De Luca
____________________________________