UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RUTH DELIZ and DAVID MORALES<br>Plaintiffs,<br><br>VS.<br><br>WENDY'S, PARADIGM GROUP,<br>d/b/a WENDY'S, PARADIGM<br>GROUP, INC. d/b/a WENDY'S,<br>WENDY'S INTERNATIONAL, INC.<br>And WENDY'S OLD FASHIONED<br>HAMBURGERS, a/k/a WENDY'S OLD<br>FASHIONED HAMBURGERS, INC.<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-183ML |

**OBJECTION TO DEFENDANTS' MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Now comes Plaintiff, Ruth Deliz and hereby objects to Defendants' Motion to Compel Responses to Requests for Production of Documents.

This is a personal injury action arising from a slip and fall that occurred on the premises of a Wendy's restaurant in Coventry, Rhode Island. Plaintiff alleges that as a result of the fall in the women's restroom, she suffered a right tibia fracture with minimal displacement of the distal tibia, that she was in a long-leg cast and was confined to her bed for a period of three months, that she suffered intense pains and cramps during that period and that she continues to suffer pain. Plaintiff further alleges that she is currently unable to bend her right knee and rotate her right ankle and that as a result, she is unable to walk long distances or stand for prolonged periods of time. Plaintiff also suffered a head injury when, in the process of falling, her head came into contact with the sink in the women's restroom. Plaintiff asserts that the head injury caused her to suffer a blood clot and intense headaches with periods of dizziness.

In light of the nature of the injuries described above and at issue in this case, Plaintiff asserts that any records pertaining to her asthmatic condition are irrelevant and would be inadmissible during the trial of this matter. Plaintiff objects to the discovery of any records related to her asthmatic condition.

Plaintiff acknowledges that she suffers from scoliosis and muscular dystrophy, and that these conditions existed prior to her fall in the Wendy's restroom. Plaintiff acknowledges that records pertaining to these conditions may be discoverable in the context of this civil action. Notwithstanding this assertion, Plaintiff states that neither she nor her attorneys are in possession of the presumably voluminous medical records that pertain to her scoliosis condition and her muscular dystrophy condition. Plaintiff has offered to sign an authorization pursuant to which Defendants would be free to request such records directly from the healthcare providers themselves, Plaintiff having testified during her deposition as to her treatment providers' names and office locations. Defendants seek to place the burden of obtaining these medical records on the Plaintiff.

Plaintiff respectfully requests that she be allowed to submit an authorization so that Defendants can procure the requested records, other than any records related to her asthma condition, but that she not be ordered to produce such records, since she is not in possession of same.

Respectfully submitted,
Plaintiffs
By their attorneys,

/s/ Raymond A. Marcaccio
/s/ Julie P. Hamil

Raymond A. Marcaccio, Esq. #3569
Julie P. Hamil, Esq. #6887
Oliverio & Marcaccio LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: November 6, 2006

**CERTIFICATION**

I hereby certify that the foregoing *PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 6th day of November, 2006:

Michael R. DeLuca, Esq.
mrd@gsm-law.com

/s/ Raymond A. Marcaccio