UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RUTH DELIZ and DAVID MORALES<br>Plaintiffs,<br><br>VS.<br><br>WENDY'S, PARADIGM GROUP,<br>d/b/a WENDY'S, PARADIGM<br>GROUP, INC. d/b/a WENDY'S,<br>WENDY'S INTERNATIONAL, INC.<br>And WENDY'S OLD FASHIONED<br>HAMBURGERS, a/k/a WENDY'S OLD<br>FASHIONED HAMBURGERS, INC.<br>Defendants | C.A. No. 05-183ML |

**ASSENTED TO MOTION TO AMEND COMPLAINT**

Now comes the Plaintiff, Ruth Deliz, and hereby moves this Honorable Court to grant her leave to amend her complaint to remove the name of her husband as co-plaintiff and to correct the corporate names of the Defendants. A form of Plaintiff's proposed Amended Complaint is attached hereto.

As reason for said amendment, Plaintiff asserts that her husband passed away subsequent to the filing of this suit and is therefore no longer a party to this litigation. With respect to amending the Defendants' corporate names, Plaintiff asserts that she has learned in the course of discovery that the names of the Defendants as they appear on her original complaint were inaccurate and she now seeks to correct said error. Defendants, having made Plaintiff aware of this discrepancy, have responded to the litigation. The amended complaint shall not have any substantive affect on the progress or posture of this litigation.

Rule 15(a) of the Federal Rules of Civil Procedure dictates that "leave shall be freely given [to amend pleadings] when justice so requires." Fed. R. Civ. P. 15(a). Because Plaintiff's

proposed amendment is not prejudicial to the Defendants and is filed with the Defendants' assent, Plaintiff respectfully requests this Honorable Court to allow her Motion to Amend.

Plaintiff
RUTH DELIZ
By her attorneys,

/s/ Raymond A. Marcaccio______________________
Raymond A. Marcaccio, Esq. (#3569)
Julie P. Hamil, Esq. (#6887)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
401.861.2900
401.861.2922 *fax*

Dated: November 14, 2006

Assented to:

/s/ Michael R. DeLuca__________
Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903

**CERTIFICATION**

I hereby certify that the foregoing *ASSENTED TO MOTION TO AMEND COMPLAINT* was filed electronically with the United States District Court for the District of Rhode Island and is available for viewing and downloading from the Electronic Case Filing system. The following attorney received service by electronic means on this 14th day of November, 2006:

Michael R. DeLuca, Esq.
mrd@gsm-law.com

/s/ Raymond A. Marcaccio_____________________