UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RUTH DELIZ, *Plaintiff* | : | |
| v. | : | C.A. No. 05-183L |
| CCF, LLC, d/b/a WENDY’S, THE PARADIGM GROUP and WENDY’S INTERNATIONAL, INC., *Defendants* | : | |

**AMENDED COMPLAINT**

1. Plaintiff RUTH DELIZ is a citizen of the United States, who resides at 100 N. Front Street, Apt. 14C, Reading, PA.

2. Defendant CCF, LLC, d/b/a WENDY’S, THE PARADIGM GROUP, is a limited liability company organized and licensed to do business in the State of Rhode Island, with a principal place of business located at 887 Greenwich Avenue, Warwick, Rhode Island.

3. Defendant, WENDY'S INTERNATIONAL, INC., is a corporation. organized under the laws of the state of Delaware with a principal place of business located at 4288 W. Dublin-Granville Road, Dublin, Ohio.

4. Jurisdiction is based upon the diversity of the citizenship of the parties: plaintiff is a citizen and resident of the Commonwealth of Pennsylvania and defendants are corporations and/or other business entities incorporated under the law of states other that Pennsylvania and having their principal place of business in a state other than Pennsylvania. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. section 1332.

5. At all times material herein. Defendants, through their agents, servants, workmen and/or employees, operated a retail restaurant which serves food to the public.

6. On or about January 13, 2003, Plaintiff Ruth Deliz was a business invitee at Defendants' Wendy's restaurant located at 2311 New London Turnpike in Coventry, Rhode Island and while she was in the ladies room of the restaurant, she was caused to slip, trip, stumble and fall, due to a defect in a drain and/or grate and/or floor, resulting in serious injury.

7. Defendants, by and through their agents, servants, workmen and/or employees, acting within the course of their employment and within the scope of their authority, knew or should have known of the existence of the defect in the drain and/or grate and/or slippery and dangerous condition of the floor prior to the Plaintiff's fall and Defendants were obliged to correct, remedy, repair and/or eliminate said defect in the drain and/or slippery and dangerous condition of the floor.

8. The carelessness, recklessness and/or negligence of the Defendants, by and through their agents, servants, workmen and/or employees, consisted of the following:

a. Failing to keep and maintain the premises in a safe condition:

b. Failing to exercise proper and due care for the safety of plaintiff and other business invitees while on the premises;

c. Causing a defective, dangerous and hazardous condition to exist;

d. Failing to properly maintain the premises and particularly the area of the ladies room;

e. Permitting the aforesaid condition to exist despite actual or constructive notice;

f. Failing to warn against the existence of the aforesaid condition despite actual or constructive notice;

g. Failing to provide safe conditions for the public.

9. By reason of the above described negligence of the Defendants, the Plaintiff, Ruth Deliz, suffered severe and permanent injuries to her head and right leg, right knee and right ankle, including but not limited to, a fracture junction of the middle and distal thirds of the right tibia, edema in the right lower extremity, and/or exacerbation of all known and unknown preexisting medical conditions. The Plaintiff, Ruth Deliz, suffered a severe shock to her entire nervous system and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will in the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. The Plaintiff, Ruth Deliz. believes and therefore avers that her injuries are permanent in nature.

10. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, Ruth Deliz, has been compelled, in order to effectuate a cure for the aforesaid injuries, to expend large sums of money for medicine and medical attention and may be required to expend additional sums for the same purposes in the future.

11. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, the Plaintiff, Ruth Deliz, has been prevented from attending to her usual and daily activities, and may be so prevented for an indefinite time in the future, all to her great detriment and loss.

12. As a result of the aforesaid occurrence and by reason of the above described negligence of the Defendants, jointly and severally, Plaintiff sustained severe and permanent injuries, suffered and continues to suffer physical pain and emotional distress, has incurred medical and hospital expenses and will continue to incur said expenses in the treatment of her injuries.

WHEREFORE, Plaintiff, Ruth Deliz, demands judgment against Defendants, CCF LLC, d/b/a Wendy's, The Paradigm Group and Wendy's International, Inc., in an amount which exceeds the jurisdictional requirements of this Court, plus interest and costs, and further demands such other and further relief as this Court may deem just, proper and equitable under the circumstances.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**

**ON ALL ISSUES SO TRIABLE**

RUTH DELIZ,
By her Attorneys,

RAYMOND A. MARCACCIO, ESQ. #3569
JULIE P. HAMIL, ESQ. #6887
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax

Dated: