**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ and DAVID MORALES, H/W

v. C.A. NO: 05-183ML

WENDY'S and PARADIGM GROUP, d/b/a
WENDY'S and PARADIGM GROUP, INCORPORATED
d/b/a WENDY'S and WENDY'S INTERNATIONAL,
INC. and WENDY'S OLD FASHIONED HAMBURGER'S,
a/k/a WENDY'S OLD FASHIONED HAMBURGERS,
INC.

**DEFENDANTS' MOTION TO COMPEL**
**RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants hereby move to compel Plaintiff, Ruth Deliz, to provide further response to Defendant's request for production of documents, which was propounded on or about May 10, 2005.

**Request No. 2**: Any and all of the plaintiff's medical records, bills and reports, of whatever nature and kind, including office notes and x-rays, from any and all physicians, hospitals or other health care providers which relate in any way to all injuries, whenever suffered, similar to the alleged injury which is the subject of this litigation or sufficient authorizations to secure them.

**Response**: Plaintiff withdraws her objection previously asserted and further states that there are no responsive documents.

**Further Response Sought**:

In Plaintiff's Complaint, she alleges that "while she was in the ladies room of [Defendant's] restaurant, she was caused to slip, trip, stumble and fall due to a defect in a drain and/or grate and/or floor, resulting in serious injury." *See,* Complaint at ¶ 5. Further, Plaintiff alleges that she suffered:

> [S]evere and permanent injuries to her head and right leg, right knee and right ankle, including but not limited to, a fracture junction of the middle and distal thirds of the right tibia, edema in the right lower extremity, and/or exacerbation of all known and unknown preexisting medical conditions. The Plaintiff, RUTH DELIZ, suffered a severe shock to her entire nervous system, and other injuries the full extent of which are not yet known. She has in the past and will in the future undergo severe pain and suffering as a result of which she has been in the past and will in the future be unable to attend to her usual duties and occupation, all to her great financial detriment and loss. *See,* Complaint at ¶ 8.

Plaintiff testified at her deposition that she has a long history of disability, which includes severe scoliosis of the spine, muscular dystrophy and asthma. Plaintiff disclosed, for the first time, numerous

Passed per letter of 11/14/06 from Defendants' counsel
David L. Martin
USMJ
11-15-06