**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RUTH DELIZ

v. C.A. NO: 05-183L

CCF, LLC d/b/a WENDY'S, THE PARADIGM GROUP and WENDY'S INTERNATIONAL, INC.

**ANSWER TO AMENDED COMPLAINT**

1. Defendants, CCF, LLC d/b/a WENDY'S, THE PARADIGM GROUP and WENDY'S INTERNATIONAL, INC., are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph of Plaintiff's Complaint and leave Plaintiff to her proof.
2. Admitted.
3. Admitted.
4. Denied.
5. Admitted.
6. Denied.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.

WHEREFORE, Defendants, CCF, LLC d/b/a WENDY'S, THE PARADIGM GROUP and WENDY'S INTERNATIONAL, INC., demand judgment in their favor and that Plaintiffs' Complaint be denied and dismissed, plus costs.

## AFFIRMATIVE DEFENSES

1. Plaintiff's injuries and damages, if any, were proximately caused by Plaintiff Ruth Deliz's own comparative negligence.

2. Plaintiff, Ruth Deliz, assumed the risk of her injuries.

3. Plaintiff's Complaint against Wendy's International, Inc. fails to state a claim upon which relief may be granted.

4. This Court lacks jurisdiction over the parties.

5. This Court lacks diversity jurisdiction over the parties because the amount in controversy does not exceed $75,000.00.

**DEFENDANTS DEMAND TRIAL BY JURY.**

**MICHAEL R. DE LUCA, R.I. BAR NO. 3663, IS DESIGNATED AS TRIAL COUNSEL.**

Defendants,
By their Attorneys:

/s/ Michael R. De Luca

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax
mrd@gsm-law.com

## CERTIFICATION

Raymond A. Marcaccio, Esq.
Oliverio & Marcaccio, LLP
55 Dorrance Street, Suite 400
Providence, RI 02903

The document has been filed electronically and it is available for viewing and downloading from the ECF system. I hereby certify that on the 20th day of November, 2006, a true and correct copy of the within was mailed first class, postage pre-paid to the above addresses.

/s/ Michael R. De Luca