***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

# ***FINAL PRETRIAL CONFERENCE NOTICE***

***RE:*** ***Ruth Deliz v. Wendy's*** ***CA 05-183ML***

***PLACE:*** ***U.S. District Court***
***Judge Lisi's Chambers 310***
***Federal Building and Courthouse***
***One Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***Wednesday, January 31, 2007*** ***TIME:*** ***2:00 PM***

**1.) All counsel should be prepared to inform the Court of the anticipated length of trial and any scheduling conflicts for themselves and/or their witnesses;**

**2.) Counsel shall provide a list of witnesses in the order they are to be presented at trial and the length of direct testimony and cross-examination.**

**3.) Counsel shall also inform the Court of any special needs a witness may require (i.e. interpreter, etc.) or any other matters that could affect the progress of the trial.**

**4.) Counsel should be prepared to discuss how exhibits will be presented and which exhibits will be admitted without objection and notify the Court if they plan to utilize the courtroom technology.**

***David A. DiMarzio, Clerk of Court***
Barbara Barletta
Barbara Barletta/ John Duhamel
Deputy Clerk
Date: January 8, 2007

**NOTICE SENT TO: Raymond Marcaccio, Esq., Julie Hamil, Esq., Jeffrey Lessin, Esq., Michael DeLuca, Esq. And James Rohlfing, Esq.**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7204 OR 752-7205 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.