UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RUTH DELIZ

v. C.A. NO: 05-183L

CCF, LLC d/b/a WENDY'S, THE PARADIGM GROUP and WENDY'S INTERNATIONAL, INC.

**DISMISSAL STIPULATION**

This matter is hereby dismissed with prejudice; no interest, no costs.

Plaintiffs,
By their attorneys,

Raymond A. Marcaccio, #3569
Oliverio & Marcaccio LLP
55 Dorrance Street , Ste. 400
Providence, RI 02903
401-861-2900 861-2922 (fax)

DATED: Feb. 5, 2007.

Defendants,
By their Attorneys,

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644 331-9304 (fax)

Enter:
Mary M. Lisi
USDJ 2/6/07